IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

SHEGLON ELCOCK,                  :

    Petitioner,
                                              :

vs.                                              Civil Action 2:06-0534-KD-B

                                              :

DAVID O. STREIFF,

                                              :

    Respondents.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendations to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 22, 2008 (doc. 24), is **ADOPTED** as the opinion of this Court.

**DONE** this the 14th day of March, 2008.

                                              s / Kristi K. DuBose
                                            **KRISTI K. DuBOSE**
                                            **UNITED STATES DISTRICT JUDGE**